WESTMINSTER PRESBYTERIAN CHURCH OF WEST TWENTY-
THIRD STREET, Appellant, *v.* TRUSTEES OF THE
PRESBYTERY OF NEW YORK, Respondent.

(Submitted June 1, 1914; decided June 16, 1914.)

Motion for re-argument denied, with ten dollars costs.
(See 211 N. Y. 214.)

---

In the Matter of the Estate of ALEXANDER McDONALD,
Deceased.

LAURA McD. STALLO, Appellant; METROPOLITAN TRUST
COMPANY OF THE CITY OF NEW YORK, Respondent.

(Submitted June 8, 1914; decided June 16, 1914.)

Motion for re-argument denied, with ten dollars costs.
(See 211 N. Y. 272.)